**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF LOUISIANA

Case number *(if known)* _____

Chapter you are filing under:
■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Christopher**<br>First name<br><br>**Scott**<br>Middle name<br><br>**Hoven**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-8955** | |

Debtor 1    **Christopher Scott Hoven**                                                        Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **14351 Park Avenue**<br>**Prairieville, LA 70769**<br>Number, Street, City, State & ZIP Code<br><br>**Ascension**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1   **Christopher Scott Hoven**                                                                 Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | Relationship to you |
|---|---|
| District   When | Case number, if known |
| Debtor | Relationship to you |
| District   When | Case number, if known |

**11. Do you rent your residence?**

- ■ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Christopher Scott Hoven**                                                    Case number *(if known)*

### Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
Number, Street, City, State & Zip Code

Debtor 1  **Christopher Scott Hoven** _____   Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **Christopher Scott Hoven**                         Case number *(if known)*

| Part 6: | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** **What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** **Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

■ Yes. I am filing under Chapter 7.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** **How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Christopher Scott Hoven**
**Christopher Scott Hoven**
Signature of Debtor 1

Signature of Debtor 2

Executed on  **May  2, 2019**
                    MM / DD / YYYY

Executed on _____
                    MM / DD / YYYY

Debtor 1 **Christopher Scott Hoven**     Case number *(if known)* _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Greg Gouner**         Date    **May 2, 2019**
Signature of Attorney for Debtor                 MM / DD / YYYY

**Greg Gouner 23102**
Printed name

**Greg Gouner**
Firm name

**11750 Bricksome Avenue, Suite C**
**Baton Rouge, LA 70816**
Number, Street, City, State & ZIP Code

Contact phone **(225) 293-6200**     Email address    **greggouner@peoplepc.com**

**23102 LA**
Bar number & State

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**(Local Form 1)**

In re  **Christopher Scott Hoven**                                                 Case No.  _____

Debtor(s)

## MAILING LIST

### Verification

Penalties for making a false statement or for concealing property are a fine of up to $5000.00 or imprisonment for up to five (5) years, or both. (18 U.S.C. §152 and 3571).

### DECLARATION

**We declare under penalty of perjury that the foregoing mailing list, comprising  __10__  pages, is true and correct. Signed on  May 2, 2019 .**

Signed:  **/s/ Christopher Scott Hoven**
**Christopher Scott Hoven**
(DEBTOR)

Signed:  **/s/ Greg Gouner**
**Greg Gouner 23102**
**Greg Gouner**
**11750 Bricksome Avenue, Suite C**
**Baton Rouge, LA 70816**
Telephone: **(225) 293-6200**
Facsimile: **(225) 293-8954**
E-Mail: **greggouner@peoplepc.com**
(ATTORNEY FOR THE DEBTOR)

Office of U.S. Attorney
Middle District of Louisiana
777 Florida Street, Ste 208
Baton Rouge, LA 70801

District Counsel
Internal Revenue Service
PO Box 30509
New Orleans, LA 70190

LA Department of Revenue
P.O. Box 66658
Baton Rouge, LA 70896

Office of U.S. Trustee
400 Poydras Street
Suite 2110
New Orleans, LA 70130

Internal Revenue Service
Central Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

Aaron J. Morgan Sr.
62628 Ordogne-Ruppert Road
Lacombe, LA 70445

Account Resolution Services
Attn: Bankruptcy
Po Box 459079
Fort Lauderdale, FL 33345

Account Resolution Services
Attn: Bankruptcy
Po Box 459079
Fort Lauderdale, FL 33345

ACS Primary Care Physcians
Attn: Bankruptcy
Po Box 459079
Sunrise, FL 33345

ACS Primary Care Physicians
Attn: Bankruptcy
Po Box 459079
Sunrise, FL 33345

Afni, Inc.
Attn: Bankruptcy
Po Box 3427
Bloomington, IL 61702

Alphabet Soup Learning Center
38375 Highway 42
Prairieville, LA 70769

AMCA
Attention: Bankruptcy
4 Westchester Plaza, Suite 110
Elmsford, NY 10523

AmeriCollect
1851 South Alverno Road
Manitowoc, WI 54221-1566

Anesthesiology Group
Rrs - Attn: Bankruptcy
110 Veterans Memorial Blvd Ste 445
Metairie, LA 70005

Ascension Emergency Physicians
PO Box 3495
Toledo, OH 43607

Ascension Pulmonary and Digestive Clinic
1429 East Highway 30
Gonzales, LA 70737

AT&T
PO Box 536216
Atlanta, GA 30353-6216

AT&T DirecTV
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256

Avante
3600 South Gessner Road
Ste 225
Houston, TX 77063

Baton Rouge Cardiology Center
5231 Brittany Drive
Baton Rouge, LA 70808

Baton Rouge General Medical
PO Box 83009
Baton Rouge, LA 70884

Baton Rouge General Medical Center
PO Box 83009
Baton Rouge, LA 70884

Baton Rouge General Medical Center
8585 Picardy Ave.
Baton Rouge, LA 70809

Baton Rouge General Medical Center
8585 Picardy Ave.
Baton Rouge, LA 70809

Baton Rouge Radiology
7887 Picardy Ave
Baton Rouge, LA 70809-3534

Baton Rouge Radiology Group
Attn: Bankruptcy
Po Box 1654
Green Bay, WI 54305

Baton Rouge Radiology Group
8490 Picardy Avenue
Baton Rouge, LA 70809

Baton Rouge Radiology Group
PO Box 678896
Dallas, TX 75267-8896

Blue Cross Blue Shield
5525 Reitz Avenue
Baton Rouge, LA 70809

Capital One Bank
16159 Highway 73
Prairieville, LA 70769

Capital One Bank
16159 Highway 73
Prairieville, LA 70769

Capital One Bank USA
16159 Highway 73
Prairieville, LA 70769

Certified Bureau Inc.
Attn: Bankruptcy
Po Box 113060
Metairie, LA 70011

Certified Bureau Inc.
Attn: Bankruptcy
Po Box 113060
Metairie, LA 70011

Chase Bank
PO Box 182055
Columbus, OH 43218-2055

Collection Consultants of California
6100 San Fernando Road
Suite 211
Glendale, CA 91201

Cox Communication
Attn: Bankruptcy
Po Box 3427
Bloomington, IL 61702

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Credit Management Control
Attn: Bankruptcy
Po Box 1654
Green Bay, WI 54305

Csd Collections
Attn: Bankruptcy
Po Box 77679
Baton Rouge, LA 70879

DirectTV
PO Box 105261
Atlanta, GA 30348

DirecTV
301 Main Street
Baton Rouge, LA 70801

Don Mascarela
6695 Bayou Paul Road
Saint Gabriel, LA 70776

E.A. Uffman & Associates, Inc.
PO Box 77679
Baton Rouge, LA 70879

Elevate Recoveries
PO Box 910009
Sherman, TX 75091

EMBCC
PO Box 731584
Dallas, TX 75373-1584

ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256

Essential Federal Credit Union
PO Box 738
Plaquemine, LA 70765

Financial Corpopration of America
PO Box 203500
Austin, TX 78720-3500

Financial Corporation of America
PO box 203500
Austin, TX 78720-3500

Financial Corporation of America
PO Box 203500
Austin, TX 78720-3500

FMA Alliance, Ltd.
12339 Cutten Road
Houston, TX 77066

FMDLHS
PO Box 577963
Dallas, TX 75267

FMOLHS
PO Box 677963
Dallas, TX 75267-7963

Frost Arnett Collections Agency
PO Box 198988
Nashville, TN 37219

Gertrude Chimeka Anyanwoke
2647 S St. Elizabeth Blvd
PL 1; Suite 221
Gonzales, LA 70737-5021

Gertrude Chimeka Anyanwoke
3844 Convention Street
Baton Rouge, LA 70806

Gold Key Credit
Attn: Bankruptcy
Po Box 15670
Brooksville, FL 34604

Gold Key Credit
Attn: Bankruptcy
Po Box 15670
Brooksville, FL 34604

Gold Key Credit
Attn: Bankruptcy
Po Box 15670
Brooksville, FL 34604

Gold Key Credit
PO Box 15670
Brooksville, FL 34604-0122

Hancock Whitney
12339 Cutten Road
Houston, TX 77066

Hats Equipment
Jim Hatfield
41400 E-Interstate 55 Service Road
Hammond, LA 70403

Hats Equipment
Jim Hatfield
41400 E-Interstate 55 Service Road
Hammond, LA 70403

Hats Equipment
Jim Hatfield
41400 E-Interstate 55 Service Road
Hammond, LA 70403

Hats Equipment
Jim Hatfield
41400 E-Interstate 55 Service Road
Hammond, LA 70403

Hats Equipment
Jim Hatfield
41400 E-Interstate 55 Service Road
Hammond, LA 70403

Keegan, Juban, Lowe & Robichaux
5555 Hilton Avenue
Suite 205
Baton Rouge, LA 70808

Kevin Crane
36762 Caraway Road
Watson, LA 70706

Laboratory Corporation of America
4 Westchester Plaza
Suite 110
Elmsford, NY 10532

Lake After Hours
14350 Highway 73
Prairieville, LA 70769

Lake Urgent Care
Attn: Bankruptcy
7922 Picardy Ave
Baton Rouge, LA 70809

Louisiana CAT  
3799 West Airline Highway  
PO Box 536  
Reserve, LA 70084  

Louisiana Endoscopy Center  
9103 Jefferson Highway  
Baton Rouge, LA 70809  

Louisiana Rents  
10414 Airline Highway  
Baton Rouge, LA 70816  

Louisiana Rents  
10414 Airline Highway  
Baton Rouge, LA 70816  

Louisiana Rents  
10414 Airline Highway  
Baton Rouge, LA 70816  

Louisiana Rents  
10414 Airline Highway  
Baton Rouge, LA 70816  

Louisiana Rents  
10414 Airline Highway  
Baton Rouge, LA 70816  

Michael Wayne Yorek  
8595 Picardy Avenue  
Suite 100  
Baton Rouge, LA 70809  

Mission Hospital  
6100 San Fernando Road  
Suite 211  
Glendale, CA 91201  

Missionaries of OLOL Health System  
PO Box 203500  
Austin, TX 78720-3500  

Missionaries of OLOL Health System  
PO Box 203500  
Austin, TX 78720-3500  

Missionaries of OLOL Health System  
PO Box 203500  
Austin, TX 78720-3500  

Mr. Cooper  
Attn: Bankruptcy  
8950 Cypress Waters Blvd  
Coppell, TX 75019

```
Nancy Crane
36762 Caraway Road
Denham Springs, LA 70706

Nationwide Recovery
501 Shelley Dr  Ste 300
Tyler, TX 75701

North Oaks Clinic - Physicians Group
Rrs - Attn: Bankruptcy
110 Veterans Memorial Blvd Ste 445
Metairie, LA 70005

Pathology Group of LA
PO Box 84030
Baton Rouge, LA 70884

Planet Fitness
1468 N Airline Highway
Gonzales, LA 70737

Portfolio Recovery
Po Box 41021
Norfolk, VA 23541

Professional Emerg Phys/Ihsi
Attn: Bankruptcy
3800 Florida Ave Ste 100
Kenner, LA 70065

Professional Emergency Physician Assoc
DEPT AT 925369
Atlanta, GA 31192

Progressive
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Progressive
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Pull-A-Part Guy
8056 Greenwell Springs Road
Baton Rouge, LA 70814

Rachel Power
17342 Blackwater Road
Zachary, LA 70791
```

Radiology Associates OLOL
Attn: Bankruptcy
3800 Florida Ave Ste 100
Kenner, LA 70065

Receivable Recovery Service Llc
Rrs - Attn: Bankruptcy
110 Veterans Memorial Blvd Ste 445
Metairie, LA 70005

Receivable Recovery Service Llc
Rrs - Attn: Bankruptcy
110 Veterans Memorial Blvd Ste 445
Metairie, LA 70005

Red Stick Emergency Group
PO Box 731584
Dallas, TX 75373-1584

Republic Services
PO Box 90011099
Louisville, KY 40290-1099

RMCB
PO Box 1235
Elmsford, NY 10523-0935

Southern Credit Recovery, Inc.
Attn: Bankruptcy
3228 6th St
Metairie, LA 70002

Southern Credit Recovery, Inc.
Attn: Bankruptcy
3228 6th St
Metairie, LA 70002

Southern Credit Recovery, Inc.
Attn: Bankruptcy
3228 6th St
Metairie, LA 70002

Southern Medical Corporation
PO Box 84007
Baton Rouge, LA 70884-4007

St. Elizabeth Hospital
PO Box 1179
Gonzales, LA 70707

St. Elizabeth Hospital
PO Box 1179
Gonzales, LA 70707

```
St. Elizabeth Hospital
PO Box 1179
Gonzales, LA 70707

St. Elizabeth Physicians Urology
1014 St. Clair Blvd
Suite 3000
Gonzales, LA 70707

Telerecovery
Attn: Bankruptcy
3800 Florida Ave Ste 100
Kenner, LA 70065

Telerecovery
Attn: Bankruptcy
3800 Florida Ave Ste 100
Kenner, LA 70065

Transfinancial Companies
Attn: Bankruptcy
7922 Picardy Ave
Baton Rouge, LA 70809

Transfinancial Companies
Attn: Bankruptcy
7922 Picardy Ave
Baton Rouge, LA 70809

Transfinancial Companies
Attn: Bankruptcy
7922 Picardy Ave
Baton Rouge, LA 70809

Transfinancial Companies, Inc.
PO Box 80103
Baton Rouge, LA 70898-0103

Transfinancial Companies, Inc.
PO Box 80103
Baton Rouge, LA 70898-0103

United States Department of HUD
801 Cherry Street; Unit #45
Suite 2500
Fort Worth, TX 76102
```