PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7  341-A MEETING
06/11/19

IN RE: HOVEN, CHRISTOPHER SCOTT                     CASE NO: 19-10514
                                                    Judge: Douglas D. Dodd
DEBTOR(S)                                           CHAPTER 7

APPEARANCES:

(✓) DEBTOR(1)                                       ( ) DEBTOR (2) (Wife in Joint Cases)

(✓) Required picture I.D. produced                  ( ) Required picture I.D. produced

(✓) Required SSN verification produced              ( ) Required SSN verification produced

( ) Pay Advices received                            ( ) Pay advices received

Abuse / No Abuse designation is    ( ) Accurate    ( ) Inaccurate because _____

Credit counseling certificate      ( ) Filed       ( ) Not Filed
Tax Returns received for           ( ) 2017        ( ) 2018 on _____
Financial Documents were           ( ) retained by trustee   ( ) returned to debtor (s)
( ) DEBTOR'S REPRESENTATIVE: _____
(✓) ATTORNEY FOR DEBTOR(S): GREG GOUNER
DEBTOR(S) APPEARED PRO SE
    YES( ) NO( ) If Pro Se, did anyone assist with preparation?
    YES( ) NO( ) If yes, debtor has completed pro se form?

(✓) THE MEETING OF CREDITORS WAS:

    (✓) HELD

    ( ) NOT HELD

    ( ) NOT CONCLUDED AND IS CONTINUED TO THE _____ day of _____ 2019.
        AT_____ O'CLOCK_____.M.
YES ( ) NO ( ) Attorney for Debtor filed statement of compensation pursuant to 11 U.S.C. 329?
YES ( ) NO ( ) Has attorney filed the Attorney Declaration in accordance with Local Rule?
CREDITOR(S) David Lowe / Rachel Power

DEBTOR(S) REQUIRED TO:

( ) AMEND Schedules and Statements within _____ days of 341(a) Meeting.

( ) OTHER: _____
In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:

ADDITIONAL
( ) File State and Federal Income Taxes for 2018 by:_____; Copies to Trustee; Originals to Government and turnover all refunds to trustee.
(✓) Provide Bank Statement by June 20, 2019 for Personal & Business Accts

DATED:    06/11/19                              TRUSTEE: _____
Track# 1         TIME CONCLUDED: 9:33 A/M       /s/ Dwayne M. Murray, Trustee